NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
4242191582
rojas.jorge96@gmail.com
Plaintiff in Pro Se

ATTORNEY(S) FOR: Plaintiff Pro Se

CLEAR FORM

FILED
CLERK, U.S. DISTRICT COURT
08/28/2026
CENTRAL DISTRICT OF CALIFORNIA
BY DVE DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JORGE ALEJANDRO ROJAS

Plaintiff(s),

v.

PACIFIC COAST SEAMLESS LLC, and ALICIA RAYE DEGRAZIO

Defendant(s)

CASE NUMBER:

8:26-cv-02470-JVS-(Ex)

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Jorge Alejandro Rojas or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jorge Alejandro Rojas | Plaintiff |
| Pacific Coast Seamless LLC | Defendant |
| Alicia Raye DeGrazio | Defendant |

8/28/2026
Date

Jorge Alejandro Rojas
Signature

Attorney of record for (or name of party appearing in pro per):

[signature]