| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Jorge Rojas**<br>**557 Cambridge Way**<br>**Bolingbrook, IL 60440**<br>ATTORNEY FOR **Self Represented** | **(424) 219-1582** | |
| CENTRAL DISTRICT, SANTA ANA<br>411 W. Fourth St.<br>Santa Ana, CA 92701 | | |
| SHORT TITLE OF CASE:<br>Rojas, Jorge Alejandro v. DeGrazio, Alicia Raye | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>8:26-cv-02470-JVS-Ex |
| **Proof of Service** | | Ref. No. or File No: |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

**SUMMONS; Complaint; Civil Case Cover Sheet; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Certification and Notice of Interested parties; Notice of Assignment; NOTICE OF RESOURCES FOR PRO SE LITIGANTS; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

2. Party Served: **Alicia Raye DeGrazio**

3. Address: **15471 Salisbury Ln Huntington Beach, CA 92647**

On: **9/30/2026** At: **04:01 PM**

4. I served the Party named in item 2
By substituted service:
**"John Doe" (Gender: M Age: 41 Height: 6'0 Weight: 170 Race: Caucasian Hair: Brown Other: )**
**Occupant**

(Residence) A person at least 18 years of age at the usual place of abode of the person served.
I informed him or her of the general nature of the papers.

5. A declaration of diligence and/or mailing is attached, if applicable.

Person attempting service:

a. Name: **Miguel Gonzalez**, County: **Orange,** Reg No: **5089**
b. Address: **8801 Folsom Blvd 165, Sacramento, CA, CA 95826**
c. Telephone number: **916-446-2051**
d. **The fee** for this service was: **94.40**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Miguel Gonzalez** Date: **10/02/2026**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Jorge Rojas**<br>**557 Cambridge Way**<br>**Bolingbrook, IL 60440**<br>ATTORNEY FOR **Self Represented** | **(424) 219-1582** | |
| CENTRAL DISTRICT, SANTA ANA<br>411 W. Fourth St.<br>Santa Ana, CA 92701 | | |
| SHORT TITLE OF CASE:<br>Rojas, Jorge Alejandro v. DeGrazio, Alicia Raye | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>8:26-cv-02470-JVS-Ex |
| **Declaration of Due Diligence** | | Ref. No. or File No: |

Person to Serve: **Alicia Raye DeGrazio**

Documents Received: **SUMMONS; Complaint; Civil Case Cover Sheet; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Certification and Notice of Interested parties; Notice of Assignment; NOTICE OF RESOURCES FOR PRO SE LITIGANTS; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

I declare the following attempts were made to effect personal service, no other residence or business address is known to me:

| | | |
|---|---|---|
| **Sep 30 2026** | **04:01 PM** | 15471 Salisbury Ln, Huntington Beach, CA 92647; Sub-Served on co-occupant. Spoke to "John Doe", confirmed address but refused to identify himself. |

Person attempting service:

a. Name: **Miguel Gonzalez**
b. Address: **8801 Folsom Blvd 165, Sacramento, CA, CA 95826**
c. Telephone number: **916-446-2051**
d. **The fee** for this service was: **94.40**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Miguel Gonzalez** Date: **10/02/2026**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br><br>**Jorge Rojas**<br>**557 Cambridge Way**<br>**Bolingbrook, IL 60440**<br>ATTORNEY FOR **Self Represented** | TELEPHONE NUMBER<br>**(424) 219-1582** | FOR COURT USE ONLY |
|---|---|---|
| CENTRAL DISTRICT, SANTA ANA<br>411 W. Fourth St.<br>Santa Ana, CA 92701 | | |
| SHORT TITLE OF CASE:<br>Rojas, Jorge Alejandro v. DeGrazio, Alicia Raye | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>8:26-cv-02470-JVS-Ex |
| **Proof of Service by Mail** | | Ref. No. or File No: |

I am a citizen of the United States and employed in the County of **Sacramento** State of California. I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action.

On **10/01/2026** I served the within:

***SUMMONS; Complaint; Civil Case Cover Sheet; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Certification and Notice of Interested parties; Notice of Assignment; NOTICE OF RESOURCES FOR PRO SE LITIGANTS; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM***

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail At: **Sacramento, CA**, California, addressed as follows:
**Alicia Raye DeGrazio**
**15471 Salisbury Ln Huntington Beach, CA 92647**

Person attempting service:

a. Name: **John Arnold**
b. Address: **8801 Folsom Blvd 165, Sacramento, CA, CA 95826**
c. Telephone number: **916-446-2051**
d. **The fee** for this service was: **94.40**
e. I am:
(3) [X] a registered California process server:
(i) [X] Employee
(ii) Registration No.: **2015-39**
(iii) County: **Sacramento**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

River City ATTORNEY SUPPORT, INC.

**John Arnold** Date: **10/01/2026**