NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Alicia Raye Degrazio in Prose
15471 Salisbury Lane
HB. CA. 92647
657-408-9125
degrazioalicia@gmail.com
ATTORNEY(S) FOR:

FILED

2026 OCT 21 AM 10:43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA

BY ______

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jorge Alejandro Rojas<br>Plaintiff(s),<br>v.<br>Pacific Coast Seamless LLC and Alicia Raye Degrazio<br>Defendant(s) | CASE NUMBER:<br>8:26-cv-02470-DOC-E<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ______________________________
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|

10-21-26
Date

Signature

Attorney of record for (or name of party appearing in pro per):

______________________________