Jorge Alejandro Rojas
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC COAST SEAMLESS LLC, et al,<br><br>Defendants. | Case No. 8:26-cv-02470-DOC-Ex<br><br>Hon. David O. Carter |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 55(a), requests the entry of default against Defendant ALICIA RAYE DEGRAZIO ("Alicia Degrazio).

Defendant Alicia Degrazio answered the Complaint (Dkt. 1) in this action on October 21, 2026. Dkt. 13.

On October 28, 2026, Plaintiff filed an Amended Complaint (Dkt. 16), and served a copy on Defendant Alicia Degrazio via USPS First Class Mail (pursuant to Fed. R. Civ. P. 5(b)(2)(C)) on that date to the address listed in her Answer. Dkt. 16

p. 16.

Pursuant to Fed. R. Civ. P. 15(a)(3), a response to the Amended Complaint would be due 14 days after service. Pursuant to Fed. R. Civ. P. 6(d), because service was done via mail, three (3) days are added. 17 days from service would be November 14, 2026, a Saturday, which would make the deadline Monday, November 16, 2026.

To date, Defendant Alicia Degrazio has not served an answer, motion, or other response to the Amended Complaint. Defendant Alicia Degrazio is not in the military nor incompetent.

Plaintiff requests the Clerk enter Default against Defendant Alicia Degrazio.

Respectfully submitted,

Dated: November 17, 2026.
/s/ Jorge Alejandro Rojas

JORGE ALEJANDRO ROJAS
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

## CERTIFICATE OF SERVICE

I, Jorge Alejandro Rojas, certify that I will mail a copy of this filing via USPS First Class Mail to each Defendant's last known address.

Respectfully submitted,

Dated: November 17, 2026.
/s/ Jorge Alejandro Rojas

JORGE ALEJANDRO ROJAS
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582