| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**Jorge Rojas**<br>**557 Cambridge Way**<br>**Bolingbrook, IL 60440**<br>ATTORNEY FOR **Self Represented** | TELEPHONE NUMBER<br>**(424) 219-1582** | FOR COURT USE ONLY |
|---|---|---|
| CENTRAL DISTRICT, SANTA ANA<br>411 W. Fourth St.<br>Santa Ana, CA 92701 | | |
| SHORT TITLE OF CASE:<br>Rojas, Jorge Alejandro v. PACIFIC COAST SEAMLESS LLC | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>8:26-cv-02470-JVS-Ex |
| **Proof of Service** | | Ref. No. or File No: |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

**Summons in a Civil Action On Amended Complaint; Summons on Amended Complaint ; Summons on Amended Complaint; AMENDED COMPLAINT; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Order Returning Case For Reassignment; NOTICE OF RESOURCES FOR PRO SE LITIGANTS; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; Certificate and Notice of Interested Parties; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER; ORDER SETTING SCHEDULING CONFERENCE**

2. Party Served: **Pacific Coast Seamless LLC**

3. Address: **15471 Salisbury Ln Huntington Beach, CA 92647**

On: **10/31/2026** At: **08:00 PM**

4. I served the Party named in item 2, by Personally Serving:
**Pacific Coast Seamless LLC As Agent For Service (Gender: F Age: 30 Height: 5'8 Weight: 170 Race: White Hair: Black Other: )**
**By Serving Alicia DeGrazio**

5. A declaration of diligence and/or mailing is attached, if applicable.

Person attempting service:

a. Name: **Leon Galliano**; Registration No: **1823**
b. Address: **8801 Folsom Blvd 165, Sacramento, CA, CA 95826**
c. Telephone number: **916-446-2051**
d. **The fee** for this service was: **92.20**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

River City
ATTORNEY SUPPORT, INC.

**Leon Galliano** Date: **11/02/2026**