Jorge Alejandro Rojas
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC COAST SEAMLESS LLC, et al,<br><br>Defendants. | Case No. 8:26-cv-02470-DOC-Ex<br><br>Hon. David O. Carter |

**<u>MOTION TO EXTEND DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT</u>**

Plaintiff, Jorge Alejandro Rojas, moves this Court to extend the deadline to file a motion for default judgment under Fed. R. Civ. P. 55 as to Defendant Alicia Degrazio and any remaining defendants who default. Because several defendants' response to the Amended Complaint are due soon, Plaintiff requests for consolidated briefing as to all the defendants that default.

**Conferral Statement.** Plaintiff has been unable to confer with Defendants prior to the filing of this motion. Defendant Alicia Degrazio has defaulted. The

remaining defendants have not yet appeared and Plaintiff is unaware of any being represented by counsel.

This is an action under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") and the TCPA provides for joint and several liability. Plaintiff alleges Defendants (which include corporate entities and their corporate officers) made unlawful telemarketing calls to Plaintiff.

Plaintiff commenced this action on August 28, 2026. All Defendants except Richard D Seidel have been served, who was added as a party in the Amended Complaint. Default as to Defendant Alicia Degrazio was entered on November 17, 2026 (Dkt. 19).

Responses to the Amended Complaint are due from the served defendants soon. Specifically, a response by Pacific Coast Seamless and Garrett J DeGrazio is due November 23. Dkt. 21. A response by RG Systems LLC is due December 10 (ten extra days are added to the deadline calculated by ECF because service was done in compliance with California law with respect to sub service). Plaintiff has attempted to serve Mr. Seidel but attempts have not yet been successful, but anticipates completing such service soon.

Plaintiff requests the deadline for a default judgment motion be set to seven (7) days following the clerk's entry of default of the last/latest defaulted defendant in this action. To the extent a remaining defendant answers, Plaintiff requests that the deadline for a default judgment motion be vacated, to allow for a resolution on the merits as to the defending defendants.

Plaintiff believes that this will promote judicial economy of the Court and the parties. The Court will have fewer motions for default judgment to resolve, to the extent that multiple defendants fail to defend. Additionally, because joint and several liability applies to the TCPA, and there are common facts amongst the acts alleged done by the Defendants, Plaintiff believes that resolving a single default judgment motion will reduce the chances of inconsistent judgments. For example, if one party

is found to have acted knowingly and or willfully (leading to treble damages). Another problematic scenario would be if default judgment is entered as to one party, and other parties defend on the merits and prevail.

Plaintiff requests the deadline for a default judgment motion be set to seven days following the latest clerk's entry of default, and to the extent a remaining defendant answers, Plaintiff requests that the motion for default judgment be filed after the claims against the defendants that defend are resolved.

Respectfully submitted,

Dated: November 19, 2026.
/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

## CERTIFICATE REGARDING PAGE LENGTH

I, Jorge Alejandro Rojas, certify that this filing is three (3) pages in length.

Respectfully submitted,
/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS

## CERTIFICATE OF SERVICE

I, Jorge Alejandro Rojas, certify that I will mail a copy of this filing via USPS First Class Mail to each Defendant's last known address.

Respectfully submitted,
/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS