**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JORGE ALEJANDRO ROJAS,
Plaintiff,
v.
PACIFIC COAST SEAMLESS LLC, et al,
Defendants.

Case No. 8:26-cv-02470-DOC-Ex

**[PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT [DKT. NO. 24]**

On November 19, 2026, Plaintiffs filed a Motion to Extend Deadline to File Motion for Default Judgment (Dkt. 24). The Motion requests consolidated briefing and an extension of time to file the Default Judgment Motion, in the event that multiple defendants fail to appear and defend, and to the extent any defendant appears and defends, defer the filing of said motion until those claims are resolved.

The Court, having considered Plaintiff's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows

1. The deadline to file a motion for default judgment is extended to seven (7) calendar days following the Clerk's Entry of Default for the last/latest defaulting defendant, to the extent no defendant appears and defends; and

2. To the extent that any remaining Defendant appears and defends, the deadline to file a motion for default judgment is vacated.

IT IS SO ORDERED.

Dated:

____________________________________
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE