Jorge Alejandro Rojas
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC COAST SEAMLESS LLC, et al,<br><br>Defendants. | Case No. 8:26-cv-02470-DOC-Ex<br><br>Hon. David O. Carter |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 55(a), requests the entry of default against Defendant Pacific Coast Seamless LLC ("PCS LLC").

Defendant PCS LLC was served with a copy of the Amended Complaint (Dkt. 16) and Summons on the Amended Complaint on October 31, 2026, via personal service to its registered agent, Alicia Degrazio, at her home address, by a process server. Dkt. 21.

Pursuant to the Summons, a response to the Amended Complaint was due Monday, November 23, 2026 (as 21 days from service fell on Saturday November

21).

To date, Defendant PCS LLC has not served an answer, motion, or other response to the Amended Complaint. Defendant PCS LLC is not in the military nor incompetent.

Plaintiff requests the Clerk enter Default against Defendant Pacific Coast Seamless LLC[1].

Respectfully submitted,

Dated: November 24, 2026.
/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

**CERTIFICATE OF SERVICE**

I, Jorge Alejandro Rojas, certify that I will mail a copy of this filing via USPS First Class Mail to each Defendant's last known address.

Respectfully submitted,

Dated: November 24, 2026.
/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS
rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

[1] Relatedly, on November 19, 2026 Plaintiff filed a Motion seeking to continue the deadline set for a Fed. R. Civ. P. 55(b) Motion as to Defendant Alicia Degrazio to be consolidated with other defendants, to the extent they default. Dkt. 24. For the reasons set forth in that Motion, Plaintiff believes a consolidated briefing of all defendants who default would promote judicial economy and prevent the risk of inconsistent judgments in this action.