Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JORGE ALEJANDRO ROJAS,
Plaintiff,
v.
PACIFIC COAST SEAMLESS LLC, et al.,
Defendants.

Case No. 8:26-cv-02470-DOC-Ex

**DECLARATION OF JORGE ALEJANDRO ROJAS**

Hearing: January 11, 2027, 8:30 AM
Judge David O. Carter

I, Jorge Alejandro Rojas, an adult of sound mind, declare as follows:

1. I am the Plaintiff in this case, and make the following statements based on my personal knowledge and records. If called to testify concerning any of these statements, I will be able to do so.
2. I make the statements in this declaration in support of Plaintiff's Motion for Default Judgment.
3. Prior to the filing of this motion, I have attempted to confer with several of the defendants in this action, but have not had success. Specifically, I mailed a conferral letter to Mrs. Degrazio on November 18, 2026. Prior to that, I have sent several emails to her attempting to schedule a time to confer as to the joint report required

to be filed in this case, and did not receive any reply. I also have called and spoken to Mrs. Degrazio and Mr. Seidel, but have not had success in reaching a resolution. Mr. Seidel stated on or about November 11, 2026, that Defendants would be retaining counsel, but despite my request to have counsel contact me, I have received no information regarding counsel representing defendants.

4. As to L.R. 55-1(a):
    a. As to Defendant Alicia Raye Degrazio ("Mrs. Degrazio"), Fed. R. Civ. P. 55(a) default was entered by the Clerk on November 17, 2026 (Dkt. 19).
    b. As to Defendant Pacific Coast Seamless LLC ("PCS LLC"), Fed. R. Civ. P. 55(a) default was entered by the Clerk on November 24, 2026 (Dkt. 27).
    c. As to Defendant Garrett J. Degrazio ("Mr. Degrazio"), Fed. R. Civ. P. 55(a) default was entered by the Clerk on November 24, 2026 (Dkt. 28).
5. As to L.R. 55-1(b): Default was entered as to all defendants identified above as to the Amended Complaint (Dkt. 16).
6. As to L.R. 55-1(c):
    a. I am unaware of Mrs. Degrazio being an infant or incompetent person.
    b. I am unaware of PCS LLC being an infant or incompetent person.
    c. I am unaware of Mr. Degrazio being an infant or incompetent person.
7. As to L.R. 55-1(d):
    a. The Servicemembers Civil Relief Act (50 U.S.C. App. § 521) does not apply as to Mrs. Degrazio.
    b. The Servicemembers Civil Relief Act (50 U.S.C. App. § 521) does not apply as to PCS LLC.
    c. The Servicemembers Civil Relief Act (50 U.S.C. App. § 521) does not apply as to Mr. Degrazio.
8. As to L.R. 55-1(e): I served copies to each defendant of the Notice of Motion and the Motion for Default Judgment ("Motion"), at least seven (7) days prior to the January 4, 2027 hearing. Specifically, as to the sole appearing defendant, Mrs.

Degrazio: I will mail a copy of this filing to the address listed on Defendant's earlier Answer and the same address she was served at, 15471 Salisbury Lane, Huntington Beach, CA 92647, via USPS First Class Mail, which will be picked up by USPS on November 25, 2026. The remaining defendants will also be mailed a copy of this filing via USPS First Class Mail to their last known address.

9. My telephone number of 424-219-1582 is a cellular, residential, telephone number, is paid by me, and I am the sole exclusive user, and I do not operate a business.

10. **Call 1.** On or about July 8, 2026, at 2:07 PM Pacific time, i received a text message from Defendants, or an agent acting on their behalf, from telephone number 714-587-5632. The text in Call 1 was "Hey Delfin, it's Cindy with CA Gutter Group. We're in Torrance this week offering free gutter checks & estimates. Interested in a free estimate?" I did not reply to the message

11. **Call 2.** On or about August 28, 2026, at 9:51 AM Pacific time, I received a text message from Defendants, or an agent acting on their behalf, from telephone number 714-587-5632. The text in Call 2 was "Hey Delfin, it's Sarah. We're a local gutter pro here in CA. We're offering FREE gutter replacement estimates in Torrance. Would you like one?"

12. I engaged in communications with the number texting me, following Call 2, for the purpose of identifying the identity of the caller. Given the short time between when I would send a message and would get a response, I believe it was an artificial intelligence system. I asked for information about who was texting me, and did not get a true answer. I had to schedule an appointment in order to find out who the calling party was. Ultimately, I was provided a call back number of 949-209-7765, which a google search reveals is an alcohol and rehab center, owned by Mr. Seidel, the Defendant in this case, who also has an alcohol and rehab facility as a business.

13. I placed a call to the number provided, and spoke with an individual who stated they were "Pacific Coast Seamless" and provided a website of pacificcoastseamless.com.

14. I also subsequently spoke to Mrs. Degrazio, who called me, from a number bearing the Pacific Coast Seamless caller ID. During that call, she admitted that the texts between myself and the 714 number that was texting me were likely AI.

15. Despite the texts being addressed to a “Delfin”, “Delfin” has never been a user of the telephone number ending in 1582.

16. From 1996 to 2014, I resided in Torrance, California, and while I have not resided in Torrance, California since then, I continue to maintain my “in district” 424 area code phone number.

17. I am unaware of having ever provided any Defendant in this action prior express written consent to contact me.

18. In my conversations with Mrs. Degrazio, she indicated that she was an employee of RG Systems LLC and incorporated Pacific Coast Seamless LLC.

19. I registered the 1582 Line phone number on the Federal Do Not Call Registry on or around January 18, 2008 and it has been registered on the registry continuously since then.

20. I find telemarketing calls to be frustrating, annoying, and obnoxious, and that they take away from the useful aspects of my day and use of my phone, and that is why I registered my number on the do not call registry. I find telemarketing calls to be invasive of my privacy.

21. During calls to Mr. Seidel and a voicemail he left me, he admitted that they used a third party provider to buy leads from. During a voicemail, Mr. Seidel said that it was from Facebook, but in a subsequent call he mentioned another website.

22. Exhibit 2 is a copy of a screenshot that I took of my phone on November 24, 2026, of the text messages alleged in this action.

23. Exhibit 3 is a copy of a printout of the pacificcoastseamless.com website as of November 24, 2026, which I obtained by visiting that website.

24. Exhibit 4 is a copy of a printout of the WHOIS domain search of pacificcoastseamless.com, which I obtained from website

https://www.whois.com/whois/pacificcoastseamless.com as of November 24, 2026, which I obtained by visiting that website.

25. Exhibit 5 is a copy of the National Do Not Call Registry confirmation of the registration of my line ending in 1582, which I obtained and printed out from my email, on January 31, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November 24, 2026, in Bolingbrook, IL.

Jorge Alejandro Rojas