EXHIBIT 2


23:22
504
+1 (714) 587-5632
Text Message • SMS
Wed, Jul 8 at 16:07
Hey Delfin, it's Cindy with CA Gutter Group. We're in Torrance this week offering free gutter checks & estimates. Interested in a free estimate?
Fri, Aug 28 at 11:51
Hey Delfin, it's Sarah. We're a local gutter pro here in CA. We're offering FREE gutter replacement estimates in Torrance. Would you like one?
Sure
Great! We have openings at 9AM, 1PM, or 5PM tomorrow (Saturday, August 29th). Which time works best for you?
Hmm do you guys have a website I can check out?
We're a licensed and insured local gutter services contractor serving homeowners in your area. Our consultations are no-obligation and done in person so you can ask questions directly.
Would you like to schedule your free estimate for tomorrow at 9AM, 1PM, or 5PM?
I understand but I want to know who you guys are before I invite someone over? Is there a call back number I can reach you at?
serving homeowners in Torrance. One of
our gutter services specialists will be
Text Message • SMS

EXHIBIT 2


23:22
504
+1 (714) 587-5632
5PM?
I understand but I want to know who you guys are before I invite someone over? Is there a call back number I can reach you at?
This is Gutter Services - we're a licensed and insured local gutter services contractor serving homeowners in Torrance. One of our gutter services specialists will be reaching out to confirm your appointment, and you'll be able to speak with them directly.
Would you like to book your free estimate for tomorrow at 9AM, 1PM, or 5PM?
When will they reach out to me
Once your appointment is scheduled, our specialist will call you shortly to confirm the details. Would you like to reserve a time for tomorrow at 9AM, 1PM, or 5PM?
9am
Will you be present at the property tomorrow at 9AM?
I should be yes
Just to confirm, will you definitely be present at the property tomorrow at 9AM? We do require the homeowner or an authorized decision-maker to be there.
Yea I just need to talk to a real human before you guys come over though please
Text Message • SMS
confirm your appointment.

EXHIBIT 2


23:22
28
504
+1 (714) 587-5632
9am
Will you be present at the property tomorrow at 9AM?
I should be yes
Just to confirm, will you definitely be present at the property tomorrow at 9AM? We do require the homeowner or an authorized decision-maker to be there.
Yea I just need to talk to a real human before you guys come over though please
Our specialist will be calling shortly to confirm your appointment.
Sounds good, our trusted contractor in your area will reach out to this number to confirm everything. Thx! Their number is +19492097765 - look out for their call and text.
Fri, Aug 28 at 13:42
Did you get the call or text from our partner yet? Their number is +19492097765
Fri, Aug 28 at 17:42
Hey just reminding you please respond to our partner at +19492097765. They have given you a call & text.
Text Message • SMS