5.0-Star Rated on Goog e   Free, no-ob gat on quotes — usua y same day   (714) 804-2797

# Seamless Gutters For Southern California Homes

From Custom-Fit Installation To Clog-Free Guards, We Protect Homes Across Los Angeles, San Bernardino, And Orange Counties With Gutters Formed On-Site For A Flawless Fit.

**Get a free quote**

**~24 HR REPLY**

No-pressure est mate, usua y w th n one bus ness day.

FULL NAME*

P ONE*

EMA L*

W AT DO YOU NEED?

New seamless gutte

NUMBER OF STOR ES*

How many stories is

PROJECT DESCR PT ON

How can we help?

Request my quote

Prefer to talk? Call **(714) 804-2797 (tel:714-804-2797)**

**5.0 on Google**
Loved by local homeowners

**Licensed & Insured**
RG Systems LLC dba PCS

**On-Site Forming**
Seamless, custom cut runs

**Local & Family-Run**
Based in Huntington Beach

WHAT WE DO

# How We Protect Your Home

From brand-new seamless runs to fast fixes and clog-free guards — pick what you need or let us recommend it.




## Seamless Gutters

Custom aluminum & copper gutters formed on-site for a perfect, leak-free fit — plus color-matched and commercial/HOA options.

**Explore seamless gutters → (https://pacificcoastseamless.com/seamless-gutters/)**




## Repairs & Maintenance

Leaks, sagging, overflow, fascia, drip edge and downspouts — diagnosed and fixed fast, before small problems get expensive.

**See repair services → (https://pacificcoastseamless.com/gutter-repairs-maintenance/)**




## Guards & Protection

Leaf guards, micro-mesh and self-cleaning systems that keep gutters flowing clog-free — and you off the ladder year-round.

**View guard options → (https://pacificcoastseamless.c guards-protection/)**

**5.0★**
Average Google rating

**18+**
Cities served across SoCal

**95%**
Less maintenance with guards

**24hr**
Typical quote turnaround

## Free, no-obligation quotes — usually same day.

Tell us about your roofline and we'll handle the rest.

**Get a free quote**

(714) 804 2797 (tel:71480427

WHY PACIFIC COAST

# Done Right The 1st Time

The substance behind the 5-star reviews.

### On-site seamless forming

Gutters cut to the exact length of your roofline fewer seams, fewer leaks.

### Licensed & insured

Fully covered crews and clean, careful workmanship on every job.

### Fast, free quotes

Clear pricing, usually within one business day no pressure, no surprises.

### Coastal-grade materials

Premium aluminum & copper and corrosion resistant mounts built for salt

### Reliable & on time

We show up when we say we will the part homeowners say is rarest.

### Local to the coast

Huntington Beach based, serving Orange, LA & San Bernardino Counties.

HOW IT WORKS

# From Free Quote to Clog Free

Simple, fast, and built around your schedule.

## 01

### Request your quote

Call or send the form. Tell us what's going on with your gutters.

## 02

### On-site assessment

We measure your roofline and recommend the right system — no pressure.

## 03

### Custom fabrication

Seamless runs are formed on-site to the exact length of your home.

## 04

### Clean installation

Professional install, tidy cleanup, and a final walkthrough with you.

OUR WORK

# Real jobs, real rooflines

A sample of recent installs, repairs and guard systems. Tap any photo to enlarge.

All Seamless Copper Repairs Guards Commercial






(https://pacificcoastseamles(https://pacificcoastseamles(https://pacificcoastseamles(https://pacificcoastseamles
content/uploads/2026/06/IMG_3860t/uploads/2026/06/IMG_3868t/uploads/2026/06/IMG_3867t/uploads/2026/06/IM
1920w.webp) 1920w.webp) 1920w.webp) 1920w.webp)






(https://pacificcoastseamles(https://pacificcoastseamles(https://pacificcoastseamles(https://pacificcoastseamles
content/uploads/2026/06/187491cent/uploads/2026/06/IMG_1054t/uploads/2026/06/IMG_3859t/uploads/2026/06/IM
BF4B-41AD-A44D- 600h.webp) 1920w.webp) 1920w-1.webp)
E7281D20F7BB-
1920w.webp)

See the full gallery
(https://pacificcoastseamless.com/gallery/)

GUTTER STYLES

# A Great Variety of Colors



## Angle Face

5″ in Modern Smooth Face Style Gutter




## 5K OG

5″ in Traditional Gutter style



## Copper Gutter

6″ in Half Round




# Color Swatch / Product Guide

Choose the perfect finish for your seamless gutter system with our selection of 26 premium aluminum color options. From timeless neutrals like Almond, White, Black, and Bronze to bold shades such as Blue, Green, and Red, our durable baked-on finishes are designed to complement any home's exterior while providing long-lasting beauty and weather resistance. Browse the color swatch chart to find the ideal match for your roof, siding, trim, or fascia before installation. Whether you're installing new seamless gutters or upgrading your gutter system, we make it easy to achieve a clean, cohesive look.

REVIEWS

# What customers are saying

**Fulton ...**
10 months ago
★★★★★
Team from Pacific Coast did an excellent job of inspecting,...
Read more

**Tim He...**
10 months ago
★★★★★
Efficient, on time. Product looks great. I'll use them again.

**Troy Re...**
10 months ago
★★★★★
These guys are fantastic, on time. Good price. Very respectable.

**Aman...**
10 months ago
★☆☆☆☆
Scammed ⚠️ Scam Warning About Fake "Local" Contractors...
Read more

OUR PROMISE

## Workmanship you can stand behind

We don't consider a job done until you're happy with it. Every install is backed by our workmanship guarantee and quality coastal-grade materials.

AREAS WE SERVE

# Coast-side coverage across SoCal

Proudly serving Orange, Los Angeles & San Bernardino Counties. Find your city below for local gutter service.

- Costa Mesa, CA
- Irvine, CA
- Newport Beach, CA
- Garden Grove, Ca
- Fountain Valley,CA
- Westminster, CA
- Balboa Island, CA
- Huntington Beach, CA
- Corona Del Mar, CA
- Los Angeles County,
- Orange County,CA
- Rossmoor, CA
- Los Alamitos, CA
- Tustin, CA
- Anaheim Hills,CA
- Yorba Linda,CA
- Dana Point,CA
- La Jolla,CA

**Huntington Beach**
Hunt ngton Beach, CA, USA

Open in Maps

GOOD TO KNOW

# Frequently asked questions

— **Are you licensed and insured?**

Yes, we're a fully licensed and insured gutter service provider in Huntington Beach, protecting both you and our team during every project.

+ **What areas do you serve?**

+ **Do you require appointments?**

+ **What's included in your gutter service?**

+ **How long have you been in business?**

+ **How long have you been in business?**

+ **How do I get started?**

+ **What should I expect?**

READY WHEN YOU ARE

# Gutters done right — start with a free quote.

Call now or send the form and we'll get back to you within one business day.

Get my free quote

(714) 804-2797 (tel:7148042797)

**Or text us at (714) 804-2797 (sms:7148042797) →**

PACIFIC COAST
SEAMLESS RAIN GUTTERS

Seamless gutter installation, repairs and protection for coastal Southern California homes & businesses.

**SERVICES**

Gutter Installation (https://pacificcoastseamless.com/gutter-installation/)

Gutter Replacements (https://pacificcoastseamless.com/gutter-replacements/)

Gutter Guards (https://pacificcoastseamless.com/gutter-guards-protection/)

Gutter Repairs (https://pacificcoastseamless.com/gutter-repairs-maintenance/)

Seamless Gutters (https://pacificcoastseamless.com/seamless-gutters/)

**QUICK LINKS**

Home (https://pacificcoastseamless.com/)

Gallery (https://pacificcoastseamless.com/gallery/)

Contact (https://pacificcoastseamless.com/contact/)

**GET IN TOUCH**

(714) 804-2797 (tel:7148042797)

18090 Beach Blvd Ste 6 Huntington Beach, CA 92648 (tel:123-456-7890)

Mon–Sun: 6:00 am – 8:00 pm

© 2026 Pac f c Coast Seam ess · A r ghts reserved.

L censed & nsured · RG Systems LLC dba Pac f c Coast Seam ess