# pacificcoastseamless.com

Make offer

Updated 1 second ago

## Domain Information

| | |
|---|---|
| Domain: | pacificcoastseamless.com |
| Registered On: | 2024-12-30 |
| Expires On: | 2027-12-30 |
| Updated On: | 2026-10-31 |
| Status: | active |
| Name Servers: | ns51.worldnic.com<br>ns52.worldnic.com |

## Registrar Information

| | |
|---|---|
| Registrar: | Network Solutions, LLC |
| IANA ID: | 2 |
| Abuse Email: | domain.operations@web.com |
| Abuse Phone: | +1.8777228662 |

## Registrant Contact

| | |
|---|---|
| Name: | PERFECT PRIVACY, LLC |
| Street: | 5335 Gate Parkway care of Network Solutions<br>PO Box 459 |
| City: | Jacksonville |
| State: | FL |
| Postal Code: | 32256 |
| Country: | US |
| Phone: | +1.5707088622 |

Interested in similar domains?

pacific-coast-seamless.com Buy Now

pacificcoastseamlesses.com Buy Now

pacificcoastalseamless.com Buy Now

pacificshoreseamless.com Buy Now

pacificcoastseamless.net Buy Now

pacificcoastseamlesses.net Buy Now




.space

$29.88 $1.18

BUY NOW

*while stocks last

On Sale!

Email: jq4ja3s778h @networksolutionsprivateregistration.com

.PW @ $5.98 $29.48

## Technical Contact

| | |
|---|---|
| Name: | PERFECT PRIVACY, LLC |
| Phone: | +1.5707088622 |
| Email: | jq4ja3s778h @networksolutionsprivateregistration.com |

## related domain names

verisign.com networksolutions.com web.com cfdns.net cfdns.biz cfdns.info cfdns.co.uk icann.org newfold.com nnetworksolutions.com internic.net networksolutionsprivateregistration.com

Whois
Identity for everyone

Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

Login or

Create an Account

### Domains

- Register Domain Name
- Transfer Domain Name
- Domain Pricing
- Whois Lookup
- Name Suggestion Tool
- Free with Every Domain
- Domain Offers

### Hosting & Product

- Linux Hosting
- Windows Hosting
- WordPress Hosting
- Website Builder
- Business Email
- Google Workspace
- Virtual Private Servers
- Dedicated Servers
- SSL Certificates
- Linux Reseller Hosting
- Windows Reseller Hosting

### Infrastructure

- Datacenter Details
- Hosting Security
- 24 x 7 Servers Monitoring
- Backup and Recovery

### Help

- Knowledge Base
- Support
- Contact Us
- Report Abuse
- About Whois

Copyright © Whois.com. All rights reserved

Privacy | Terms