**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JORGE ALEJANDRO ROJAS,
Plaintiff,
v.
PACIFIC COAST SEAMLESS LLC, et al,
Defendants.

Case No. 8:26-cv-02470-DOC-Ex

**[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT [DKT. NO. 28]**

On November 24, 2026, Plaintiff filed a Motion for Default Judgment as to Defendants Alicia Raye Degrazio ("Mrs. Degrazio”), Pacific Coast Seamless LLC (“PCS LLC”), and Garrett J. Degrazio (“Mr. Degrazio”), collectively “Defendants”.

The motion requests entry of judgment against Defendants in the amount of $6,000.00 for violations of the Telephone Consumer Protection Act (“TCPA”), 47 U.S.C. § 227.

The Court, having considered Plaintiff’s Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows

1. Plaintiff shall have judgment in his favor and against Defendants Alicia Raye Degrazio ("Mrs. Degrazio”), Pacific Coast Seamless LLC (“PCS LLC”), and Garrett J. Degrazio (“Mr. Degrazio”), jointly and severally, in the amount of $6,000.00.

2. Plaintiff shall have his costs of suit; and

3. Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

IT IS SO ORDERED.

Dated:

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE